October 1, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

KISH DANO POWELL, Appellant

NO. 14-13-00653-CV                    V.

MONICA POWELL, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on June 10, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Kish Dano Powell.

We further order this decision certified below for observance.